In the Matter of the Application of MARY A. DAY, ELIZABETH ALKER, CLARA TAYLOR, JOSEPHINE MARTIN and GELLES J. HELLER for a Decree Revoking the Letters of Administration Heretofore Granted to HENRY HELLER and the Letters of Administration De Bonis Non Heretofore Granted to JOHN H. HELLER and HELENA HELLER on the Estate of MARY F. WALSH, Deceased. MARY A. DAY, ELIZABETH ALKER, CLARA TAYLOR, JOSEPHINE MARTIN and GELLES J. HELLER, Appellants; JOHN H. HELLER and HELENA HELLER, as Administrators De Bonis Non, etc., of MARY F. WALSH, Deceased, Respondents.— Decree of the Surrogate's Court of Westchester county denying the petition of the appellants for the revocation of letters of administration previously granted to Henry Heller, and for the revocation of letters of administration *de bonis non* subsequently issued to respondents upon the death of Henry Heller, unanimously affirmed, with costs to respondents, payable out of the estate. No opinion. Present — Lazansky, P. J., Davis, Johnston, Adel and Close, JJ.